UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WESLEY TOMPKINS,** | } |
| **Plaintiff,** | } |
| v. | } **CASE NO. CV 09-B-0127-S** |
| **ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.,** | } |
| **Defendant.** | } |

## ORDER

The court has been advised by counsel that the above-referenced case has been settled.

It is therefore **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE** this 16th day of April, 2009.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE